**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT DORELLE CHATMAN,<br><br>          Defendant. | NO. MJ 16-278<br><br>N. DAKOTA Cause No.<br>2:15 CR 00-70-3<br><br>DETENTION ORDER |

<u>Offense charged</u>:

   Pretrial Bond Violation

<u>Date of Detention Hearing</u>: June 20, 2016.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

   <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

   1.     Defendant has been charged with a second violation of the terms of his pretrial bond which, although originating from this jurisdiction, was adopted by the District of North Dakota, subject to courtesy supervision in the Western District of Washington. After the second pretrial bond violation petition was filed, the Magistrate Judge in North Dakota directed that defendant be arrested on a warrant. In light of that warrant direction, the undersigned has

determined that defendant should be held in custody, pending his initial appearance on the alleged bond violations in the District of North Dakota, without prejudice to defendant's right to contest his continued detention when he makes his initial appearance on the alleged bond violations in the District North Dakota.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the District of North Dakota on the alleged bond violations and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of June, 2016.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge